UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GUARANTEED POWER
INTERNATIONAL, INC.,

               Plaintiff,

   -against-

M.V. "AL ABDALI", her engines,
boilers, etc.,

   -and against-

NSM LOGISTICS, INC.,

               Defendant.

------------------------------------------------------------X

JUDGE CHIN

08 CV 1980

RULE 7.1

08 CIV.

FEB 2 8 2008
U.S.D.C.S. ..Y.
CASHIERS

     Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                                     NONE

Dated: New York, New York
         February 26, 2008

                                       William R. Connor, III (WC 4631)