# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO 08 CV 1980
DATE FILED

GUARANTEED POWER INTERNATIONAL, INC.,

PLAINTIFF(S)/PETITIONER(S)

VS

M.V. "AL ABDALI," HER ENGINES, BOILERS, ETC, ETAL;

DEFENDANT(S)/RESPONDANT(S)

I, **Nicholas P Cipriano**, being first duly sworn and say that I am over the age of 18 and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served **NSM LOGISTICS, INC.**

( Name of person / Entity being served )

With (list documents) **SUMMONS IN A CIVIL CASE AND VERIFIED COMPLAINT**

By leaving with **SANDEEP SHARMA** (Name) **Managing Agent** (Relationship / Title) at

(**BUSINESS**)/RESIDENCE (circle one) **163 Burlington Path Rd. Suite H, Cream Ridge, NJ 08514**
(Address) (city / state)

On **March 24, 2008** At **1:30 PM**
  Date      Time

Thereafter copies of the document were mailed prepaid first class mail on _____
                                                                                Date

That at the time of service, I asked person so served or spoke to whether the defendant herein was in the military service of the state of NY or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the defendant is not in the military service of the state of NY or the United States as term is defined in the statutes of the State of NY or the Federal Soldiers and Sailors Civil Relief Act.

Manner of Service:

( ) PERSONAL: by personally delivering copies to the person being served.
( ) SUBSTITUTE AT RESIDENCE: by leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 14 and explaining the general nature of the papers.
( ) SUBSTITUTE AT BUSINESS: by leaving, during office hours, copies at the office of the person/entity being served with the person in charge thereof.
( ) POSTING: by posting copies in a conspicuous manner to the front door of the person/entity being served.
( ) NON-SERVICE: after due search, careful inquiry and diligent attempts at the address(es) listed above.
I have been unable to effect process upon the person/entity being served because of the following reasons(s):
( ) Unknown at address   ( ) Moved, left no forwarding address   ( ) Address does not exist

Service attempts (1) _____ (2) _____ (3) _____
                Date Time    Date Time    Date Time

Verified/ spoke with _____ / _____
                (Name of person who verified address)         (Relationship)

Description: Age **40-45** Sex **M** Race **Indian** Height **5'4"** Weight **150** Hair **Blk** Other _____

Sworn to before me this **26th** day of **March**, 2**008**

X **Donna Cipriano**
Signature of notary public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Donna M. Cipriano, Notary Public
Northampton Twp., Bucks County
My Commission Expires Feb. 17, 2009
Member, Pennsylvania Association of Notaries

X _____
Signature of process server