*Chin T*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GUARANTEED POWER INTERNATIONAL, INC.,

Plaintiff,

-against-

M/V "AL ABDALI", her engines, boilers, etc.,
and NSM LOGISTICS, INC.,

Defendant.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/08

**VOLUNTARY DISMISSAL**

08 CIV 1980 (DC)

The above-entitled action having been settled in the amount of $3,750.00 and their having been no appearance on behalf of defendant, NOW

On the annexed consent and on motion of McDERMOTT & RADZIK, LLP., attorneys for plaintiff, it is Stipulated,

That this action be and the same is hereby voluntarily discontinued, with prejudice without costs to any party as against any other party, without prejudice to reopen if funds are not received within 60 days from the date of this Order and pursuant to F.R.C.P. 41(a)(1).

Dated: New York, New York
~~April 11, 2008~~

SO ORDERED:

_____
U.S.D.J.

4/29/08

**CONSENT:**

Consent is hereby given to the entry of the foregoing Order.

Dated: New York, New York
       April 11, 2008

                           McDERMOTT & RADZIK, LLP
                           Attorneys for Plaintiff

By: _____

                           William R. Connor III (WC-4631)
                           Wall Street Plaza
                           88 Pine Street
                           New York, New York  10005
                           212-376-6400